IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDUARD ZAVALUNOV, | : | Civil No. 3:19-cv-453 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| FEDERAL BUREAU OF PRISONS, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 8th day of January, 2020, upon consideration of Plaintiff's motions (Docs. 15, 26) for preliminary injunction, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the motions (Docs. 15, 26) are **DENIED**.

Robert D. Mariani
United States District Judge