IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDUARD ZAVALUNOV,                     :        Civil No. 3:19-cv-453
                                      :
          Plaintiff                   :        (Judge Mariani)
                                      :
     v.                               :
                                      :
FEDERAL BUREAU OF PRISONS, *et al.*, :
                                      :
          Defendants                  :

## ORDER

**AND NOW**, this 28th day of April, 2020, upon consideration of Defendants' motion

(Doc. 35) to dismiss and for summary judgment, and in accordance with the Memorandum

issued this date, **IT IS HEREBY ORDERED THAT**:

1.    The motion (Doc. 35) to dismiss the claims for damages against the individual
      Defendants in their official capacities is **GRANTED.**

2.    The motion (Doc. 35) for summary judgment is **GRANTED** with respect to all
      of Plaintiff's claims, specifically Plaintiff's Federal Tort Claims Act Claims,
      Immigration and Customs Enforcement Detainer Claims, and Freedom of
      Information Act and Privacy Act Claims.  The Clerk of Court is directed to
      **ENTER** judgment in favor of Defendants, and against Plaintiff.

3.    Plaintiff's motion (Doc. 31) to take judicial notice is **DISMISSED** as moot.

4.    The Clerk of Court is directed to **CLOSE** this case.

5.      Any appeal from this Order is **DEEMED** frivolous and not taken in good faith.
        *See* 28 U.S.C. § 1915(a)(3).


                                        __*s/ Robert D. Mariani*_____
                                        Robert D. Mariani
                                        United States District Judge